**Electronically Filed**
**Supreme Court**
**SCWC-15-0000493**
**11-JUL-2018**
**08:00 AM**

SCWC-15-0000493

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

MICHAEL CASH, JR., also known as MICHAEL W. CASH,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000493; FC-CR. NO. 14-1-0003)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant's application for writ

of certiorari, filed on June 4, 2018, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, July 11, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

